AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_\_NEVADA\_\_\_

ACCESS INTEGRATED NETWORKS,
Inc., A Georgia Corporation,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER:  **2:06-cv-00594-BES-RJJ**

CONSUMER DIRECT OF AMERICA,
a Nevada Corporation,

      Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff is entitled to recover a total of $2,358,752.54 for its reasonable damages in this matter. The amount of $1,832,355.00 is attributable to a 44.1% paid by Access in damages arising out of Defendants misconduct, and $526,397.54 is attributable to a 44.1% amount paid in attorneys' fees and costs in resolving this matter.
    **IT IS FURTHER ORDERED** that Plaintiff's Application for Entry of Default Judgment (#9) is GRANTED in the amount of $2,358,752.54
    Judgment is entered accordingly in favor of Plaintiffs Access Integrated Networks, Inc., and against Defendant Consumer Direct of America

   March 25, 2008                                           **LANCE S. WILSON**
                                                                         Clerk

                                                                  /s/ Daniel R. Morgan
                                                                      Deputy Clerk